Submitted on record and briefs July 20, sentences vacated; remanded for resentencing; otherwise affirmed August 10, 2005

STATE OF OREGON,
*Respondent,*

*v.*

DAVID LEROY DAY,
*Appellant.*

01-1215; A117331

116 P3d 952

David E. Groom filed the briefs for appellant.

Hardy Myers, Attorney General, Mary Williams, Solicitor General, and Douglas F. Zier, Assistant Attorney General, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Schuman, Judge, and Deits, Judge pro tempore.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).